Docusign Envelope ID: C1DE7C75-5CAB-4F6D-905B-D30C0E3994CD
Case 5:23-cv-01326-JE-MLH   Document 26   Filed 02/26/25   Page 1 of 3 PageID #: 88

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

FEB 2 6 2025

DANIEL J. McCOY, CLERK
BY:_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

-----------------------------------------------------------X  Docket No: 23 CV 01326 (JE) (MLH)

GILBERT LAU,

           Plaintiff

-against-

MARY MYERS,
BOSSIER PARISH COMMUNITY COLLEGE**
JOHN DOE
JANE DOE

           Defendants

-----------------------------------------------------------X

## MOTION TO WITHDRAW LAWSUIT AGAINST ALL DEFENDANTS

**1.**

I, Gilbert Lau, the Plaintiff proceeding pro se in the above-captioned matter, hereby respectfully move to withdraw this lawsuit.

**2.**

This motion is made pursuant to my civil rights and the absolute discretion afforded to me as the Plaintiff under the law, entitling me to withdraw my case.

**WHEREFORE,** I respectfully request the Court to grant my motion to withdraw this lawsuit against all Defendants without prejudice, along with any other relief deemed appropriate by the Court.

Dated: New York, New York
February 17, 2025

Respectfully Submitted,



Gilbert Lau
Plaintiff Pro Se
By: Gilbert Lau
c/o: Carlos E. Elias, BS/MT
P.O. Box 546
Gracie Station
New York, New York 10028
Ph: 1-646-285-1978
Email: gl.law71111@proton.me

To:
Liz Beth Grozinger, Esq.
Louisiana State Assistant General
Attorney for Defendants
Louisiana State Department of Justice
Litigation Division
300 Marshall Street, Suite 777
Shreveport, Louisiana 71101
Telephone: 1-318-678-5700
Facsimile: 1-318-678-5703
Email: grozingere@ag.louisiana.gov

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHEVERPORT DIVISION
-----------------------------------------------------------X

GILBERT LAU,

        Plaintiff

-against-

MARY MYERS,
BOSSIER PARISH COMMUNITY COLLEGE
JOHN DOE
JANE DOE

        Defendants
-----------------------------------------------------------X

**AFFIRMATION OF SERVICES** by Mail

Docket No: 23 CV 01326 (JE) (MLH)

I am GILBERT LAU, declare under penalty of perjury that:

1. I served a copy of attached: "MOTION TO WITHDRAW LAWSUIT AGAINST ALL DEFENDANTS"

1. Upon all other parties in this case by: Louisiana State Assistant General Attorney for Defendants, Louisiana State Department of Justice-Litigation Division, 300 Marshall Street, Suite 777, Shreveport, Louisiana 71101
2. To the following persons Liz Beth Grozinger, Esq. Louisiana State Assistant General Attorney for Defendant
3. And by regular mail on the date September 8, 2024, 12:92 pm (Time)

G.L.
Date: September 8, 2024

Respectfully submitted,

Gilbert Lau
Plaintiff Pro Se
c/o: Carlos E. Elias, BS/MTP.O. Box 546
Gracie Station
New York, New York 10028
Ph: 1-646-285-1978
gl.law71111@proton.me