UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| GILBERT LAU | CIVIL ACTION NO. 23-1326 |
| VERSUS | JUDGE EDWARDS |
| MARY MYERS ET AL | MAG. JUDGE HORNSBY |

## ORDER OF DISMISSAL

On motion of Plaintiff, Gilbert Lau, in the above entitled matter;

**IT IS ORDERED** that all claims against Defendants, Mary Myers and Bossier Parish Community College, are hereby **DISMISSED**, without prejudice, with each party to bear its own costs.

**THUS DONE AND SIGNED** this 28th day of February 2025.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**