UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHEVERPORT DIVISION
-------------------------------------------------X

GILBERT LAU,

    Plaintiff

-against-

MARY MYERS,
BOSSIER PARISH COMMUNITY COLLEGE
JOHN DOE
JANE DOE

    Defendants
-------------------------------------------------X

**AFFIRMATION OF SERVICES BY VIA: EMAIL**

Docket No: 23 CV 01326 (JE) (MLH)

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAR 0 3 2025

DANIEL J. McCOY, CLERK
BY: _____

I am GILBERT LAU, declare under penalty of perjury that:

1. I served a copy of attached: "MOTION TO WITHDRAW LAWSUIT AGAINST ALL DEFENDANTS"

1. Upon all other parties in this case by: Louisiana State Assistant General Attorney for Defendants, Louisiana State Department of Justice-Litigation Division, 300 Marshall Street, Suite 777, Shreveport, Louisiana 71101
2. To the following persons Liz Beth Grozinger, Esq. Louisiana State Assistant General Attorney for Defendant
3. And by email on the date February 19, 2025, 6:57pm (Time) Eastern Time
4. To the email of the Louisiana State Assistant General Attorney for Defendants at: grozingere@ag.louisiana.gov

Date: February 19, 2025

Respectfully submitted,

Signed by:
Gilbert Lau
7DC0CFEE78AB464...

Gilbert Lau
Plaintiff Pro Se
c/o: Carlos E. Elias, BS/MTP.O. Box 546
Gracie Station
New York, New York 10028
Ph: 1-646-285-1978
gl.law71111@proton.me